JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARMAX AUTO SUPERSTORES, CALIFORNIA, LLC, a Virginia corporation, and CARMAX BUSINESS SERVICES, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUTOMAX, a business entity form unknown; MICHAEL BAZYLEV, an individual; and JEFFREY KRUTCHENSKY, an individual,<br><br>    Defendants. | Case No. EDCV07-0686 VAP (OPx)<br><br>**JUDGMENT BY DEFAULT** |

1  It appearing from the records in the above-entitled action that summons has
2  been served upon Defendants Automax, Michael Bazylev, and Jeffrey Krutchensky
3  (collectively "Defendants"), and it further appearing from the affidavit of counsel
4  for plaintiffs, and other evidence as required by F.R.C.P. 55(a) and Local Rule
5  14.10 that each of the Defendants have failed to plead or otherwise defend in said
6  action as directed in said Summons and as provided in the Federal Rules of Civil
7  Procedure.  The Court entered default against Defendants, and each of them, on
8  August 1, 2007.
9
10  Now, therefore, Plaintiffs CarMax Auto Superstores California, LLC
11  ("CASC LLC"), and CarMax Business Services, LLC ("CBS LLC") (collectively,
12  "CarMax"), on request of counsel, have moved the Court for entry of judgment by
13  default against Defendants, and each of them.  Plaintiffs herein requested remedies
14  that are not different in kind from that prayed for in the Complaint, and have
15  requested only injunctive relief, costs, and attorney fees.  In support of the Motion,
16  Plaintiffs have submitted to the Court a (1) Motion for Entry of Default Judgment;
17  (2) Supporting Memorandum of Points and Authorities; (3) Supporting Declaration
18  of Steven C. Shonack, Esq. and Exhibits thereon; (4) Supporting Declaration of
19  Laura Donahue; (4) Supporting Declaration of William R. Poynter, Esq.; and
20  (5) Proposed Final Order.
21
22  After reading and considering the papers and pleadings of Plaintiffs, the
23  Court GRANTS the Motion for Entry of Default Judgment against Defendants
24  Automax, Michael Bazylev, and Jeffrey Krutchensky, and each of them, and enters
25  judgment as follows:
26  ///
27  ///
28  ///

(i) A permanent injunction is hereby entered against Defendants, and each of them, enjoining Defendants:

a. from further commercial use of the CARMAX marks, either alone or in combination with other words, names, or symbols; on or in connection with the sale, offer for sale, advertising, and rendering of services in connection with the sale and lease of new and used vehicles, with repair and maintenance services pertaining to vehicles, with warranty services pertaining to vehicles, and with other related goods and services; including, but not limited to the use of AUTOMAX;

b. from further commercial use of the CarMax trade dress, either alone or in combination with other words, names, or symbols; on or in connection with the sale, offer for sale, advertising, and rendering of services in connection with the sale and lease of new and used vehicles, with repair and maintenance services pertaining to vehicles, with warranty services pertaining to vehicles, and with other related goods and services; including, but not limited to the use of CarMax's blue, yellow, and white color scheme;

c. from performing or committing any other acts of unfair competition, acts falsely representing Defendants' goods or services, or acts which are likely to cause confusion or mistake in the mind of the purchasing public, or lead to purchasers or the trade to believe that Defendants' services or products come from or are the services or products of CarMax, or are somehow sponsored by, associated with, affiliated with, or connected with CarMax, or that there is

1          some relation, association, affiliation, or connection between CarMax and Defendants;

       d. from diluting the distinctiveness of the famous CARMAX marks; and

       e. from tarnishing CarMax's reputation or its goods and services.

    (ii) Defendants, and each of them, are hereby ordered to:

       a. remove all signage, markings, or advertising bearing the AUTOMAX mark and CarMax's trade dress, or any name, mark, or trade dress that is substantially or confusingly similar to that owned or registered by CarMax, from the 201 Holt Boulevard, Ontario, California property.

       b. immediately disconnect, assign, or transfer all phone numbers with an AUTOMAX directory listing to CarMax;

       c. immediately discontinue operation of and assign or transfer to CarMax all websites and domain names using the AUTOMAX mark.

    (iii) ~~A Writ shall be issued to the United States Marshall that directs the Marshall to seize and impound all of Defendants' advertising materials used to infringe the CARMAX marks and CarMax's trade dress, and that all of these items be destroyed.~~

*Virginia A. Phillips* (signature)

    (iv) The Court finds that Defendants' acts be deemed willful and intentional.

///

///

4

**JUDGMENT BY DEFAULT**

      (v)      Plaintiffs are awarded their costs incurred herein in the amount of $1,485.97 against Defendants, and each of them, jointly and severally; and

      (vi)     Plaintiffs are awarded their reasonable attorneys' fees in the amount of $14,726.65 against Defendants, and each of them, jointly and severally.

IT IS SO ORDERED.

Dated:_March 20, 2008

_____
**UNITED STATES DISTRICT JUDGE**